UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK MIKITEN,

              Plaintiff,

-v-

300 WEST 22 REALTY LLC and ICON REALTY MANAGEMENT, LLC,

              Defendants.

CIVIL ACTION NO.: 22 Civ. 10532 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 21, 2023, the Court orders as follows:

1. By **March 14, 2023**, the parties shall file either (i) a stipulation of dismissal as to Defendant Icon Realty Management, LLC ("Icon") for the attention of the Honorable Paul A. Engelmayer or (ii) a letter reporting on the status of their discussions regarding Icon's involvement in this matter.

2. Icon's deadline to respond to the Complaint, and the Court's scheduling of an initial case management conference, are HELD IN ABEYANCE.

Dated:    New York, New York
             February 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**