UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICK MIKITEN,

                Plaintiff,

-v-

300 WEST 22 REALTY LLC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 10532 (PAE) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request at ECF No. 33 is GRANTED, and the telephonic initial conference scheduled for May 31, 2023 is ADJOURNED to **Thursday, July 13, 2023 at 11:00 am**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c). No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:    New York, New York
            May 12, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**