UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erick Mikiten,<br><br>                      Plaintiff,<br><br>            -against-<br><br>300 West 22 Realty LLC,<br><br>                      Defendant. | 22-CV-10532 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the initial pretrial conference before Magistrate Judge Cave on **July 13, 2023 at 11:00 a.m. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: June 29, 2023
       New York, New York

                                                        SO ORDERED.

                                                        */s/ Jessica Clarke*

                                                        JESSICA G. L. CLARKE
                                                        United States District Judge