UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK MIKITEN,

                Plaintiff,

-v-

300 WEST 22 REALTY LLC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 10532 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 37) (the "PCMP"), the Court finds that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for July 13, 2023 is CANCELLED. The Court will enter the PCMP by separate order.

A status conference is scheduled for **Tuesday, October 3, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            July 11, 2023

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**