UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ERICK MIKITEN,  :   Case No. 1:22-cv-10532-JGLC-SLC

                Plaintiff,  :

v.  :

300 WEST 22 REALTY LLC and  :
ICON REALTY MANAGEMENT, LLC,
                            :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

> Attorney Courtney Iverson's motion to withdraw as counsel for Defendant 300 West 22 Realty LLC ("300 West") is GRANTED, and the Clerk of Court is respectfully directed to terminate Ms. Iverson as counsel for 300 West.
>
> SO ORDERED    10/2/2023
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

## PROPOSED ORDER – WITHDRAWAL OF COUNSEL

Paduano & Weintraub LLP, counsel for Defendant 300 West 22 Realty LLC, hereby informs the Court that Courtney Iverson is no longer associated with the firm and requests that the Court withdraw the appearance of Ms. Iverson as counsel in this matter.

Dated: New York, New York
September 8, 2023

PADUANO & WEINTRAUB LLP

By: /s/ Lisia Leon
     Meredith Cavallaro
     Lisia Leon
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020

Attorneys for Defendant
300 West 22 Realty LLC