**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 2, 2023

<u>**VIA ECF**</u>

Magistrate Judge Sarah L. Cave
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007-1312

    Re:    <u>Mikiten v. 300 West 22 Realty LLC, Case No. 1:22-cv-10532-PAE-SLC</u>

Your Honor:

    We represent Defendant 300 West 22 Realty LLC in the above-referenced matter. We write jointly with counsel for Plaintiff Erick Mikiten to inform the Court that the parties have reached a settlement in principle. The parties respectfully request that the Court hold all upcoming deadlines and conferences in abeyance, including but not limited to the Telephonic Status Conference currently scheduled for October 3, 2023, while they finalize the terms of the settlement.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    /s/ Lisia Leon

    Lisia Leon

Cc:    All Counsel (via ECF and electronic mail)