UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK MIKITEN,

                Plaintiff,

  -v-

300 WEST 22 REALTY LLC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 10532 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement in principle (ECF No. 44), the telephone status conference scheduled for today, October 3, 2023, at 11:00 am is CANCELLED.

Dated:    New York, New York
           October 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**