UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
ERICK MIKITEN,                  :

                Plaintiff,    :   Case No. 1:22-cv-10532-PAE-SLC

      v.                        :

300 WEST 22 REALTY LLC,         :
                                :
                Defendant.
--------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated:   New York, New York
        January 18, 2024

REIN & CLEFTON                           PADUANO & WEINTRAUB LLP

By: _/s/ Aaron Clefton_                  By: _/s/ Lisia Leon /MKS_
    Aaron Clefton                           Lisia Leon
1423 Broadway                            1251 Avenue of the Americas
Suite 1133                               Ninth Floor
Oakland, California 94612                New York, New York 10020
(510) 832-5001                           (212) 785-9100

*Attorneys for Plaintiff*                *Attorneys for Defendant*